ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBEN VILLAR BRITO,

                Plaintiff,

    - against -

CLIFFORD INGLES and EAN HOLDINGS, LLC,

                Defendants.

20 Civ. 3632 (LLS)

ORDER

    Plaintiff having filed his complaint on May 9, 2020, and fourteen days having passed since the Court's August 13, 2020 order (Dkt. No. 2) directing plaintiff to file an affidavit showing proof of service or good cause for lack of service, and no such showing having been made, this action is dismissed without prejudice.

    So ordered.

Dated:    New York, New York
            September 2, 2020

                                            *Louis L. Stanton*
                                            LOUIS L. STANTON
                                                U.S.D.J.